WILLIAM W. MANLOVE, Oregon State Bar ID Number 891607
Senior Deputy City Attorney
Email: william.manlove@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Rm 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
Of Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **THOMAS GLENN and PATSY McKINNEY**,<br><br>        PLAINTIFFS,<br>    v.<br><br>**CITY OF PORTLAND, a public body,**<br><br>        DEFENDANT. | **11-CV-402-KI**<br><br>**AFFIDAVIT OF WILLIAM W. MANLOVE (IN SUPPORT OF DEFENDANT'S RESPONSE TO MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT)** |

STATE OF OREGON         )
                        ) ss.
County of Multnomah     )

   I, WILLIAM W. MANLOVE, being first duly sworn, depose and say:

   1.   I am a Senior Deputy City Attorney currently assigned to this lawsuit.

   2.   Attached to my affidavit as **Exhibit 1** are true and accurate copies of excerpts from the certified deposition transcript of Douglas Matthews.

   3.   Attached to my affidavit as **Exhibit 2** are true and accurate copies of excerpts from the certified deposition transcript of Freddie Jackson.

Page  1  –   AFFIDAVIT OF WILLIAM W. MANLOVE (IN SUPPORT OF DEFENDANT'S RESPONSE TO MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT)

4. Attached to my affidavit as **Exhibit 3** are true and accurate copies of excerpts from the certified deposition transcript of Scott Montgomery.

5. Attached to my affidavit as **Exhibit 4** are true and accurate copies of excerpts from the certified deposition transcript of Thomas Glenn.

6. Attached to my affidavit as **Exhibit 5** is a true and accurate copy of the expert disclosure report of Phillip Zerzan, which was provided to plaintiffs' counsel on December 7, 2011 pursuant to the parties' mutually agreed upon disclosure date.

7. Attached to my affidavit as **Exhibit 6** are true and accurate copies of excerpts from the certified deposition transcript of Peter Sandrock.

8. Attached to my affidavit as **Exhibit 7** are true and accurate copies of excerpts from the certified deposition transcript of Kelly Van Blokland.


  /s/ William W. Manlove
WILLIAM W. MANLOVE


*SUBSCRIBED AND SWORN TO* before me this 13th day of January, 2012, by William W. Manlove.

  Delphine Kennedy-Walker
Notary Public for Oregon
My commission expires:  9/21/15


Page 2 –   AFFIDAVIT OF WILLIAM W. MANLOVE (IN SUPPORT OF DEFENDANT'S RESPONSE TO MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT)