WILLIAM W. MANLOVE, Oregon State Bar ID Number 891607
Senior Deputy City Attorney
Email: william.manlove@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Rm 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
Of Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **THOMAS GLENN and PATSY McKINNEY**, | **11-CV-402-KI** |
| **PLAINTIFFS,** | **DECLARATION OF DEREK REINKE (IN SUPPORT OF DEFENDANT'S RESPONSE TO MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| **CITY OF PORTLAND, a public body,** | |
| **DEFENDANT.** | |

I, DEREK REINKE, declare as follows:

1.    I am a Senior Management Analyst with the City of Portland's Independent Police Review ("IPR") Division, which is part of the City's Office of City Auditor.  I have held this position since January 2007.

2.    I received a Master of Science Degree in Psychology with a focus on Statistics and Research Design in 2001 from Utah State University.  I received a Bachelor of Science Degree in Psychology in 1998 from Pacific Lutheran University.  Prior to being employed by the City of Portland, I was employed by the State of Oregon's Department of Consumer and

Page  1  –   DECLARATION OF DEREK REINKE (IN SUPPORT OF DEFENDANT'S RESPONSE TO MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
(503) 823-4047

Business Services as a Senior Research Analyst.

    3.    I am familiar with a document entitled "Open and Closed Cases Associated with a Specific Allegation between January 1, 2004 to December 31, 2008." I have recently reviewed this document. ("Open and Closed Cases Document")

    4.    Between October 7, 2011 and October 13, 2011, in response to a request from Cheryl Noll of the City Attorney's Office, I searched IPR's database (AIM) for the following allegations in the AIM Allegations fields opened from 2004 to 2008: Improper S and/or S, Threat to unlawfully enter, Unlawful entry, Warrantless S and/or S, Warrantless S and/or S-dwelling, Warrantless S and/or S-other, Warrantless Sand/or S-person, and Warrantless S and/or S-vehicle. The term "S and/or S" means "search and/or seizure." The IPR complaint of Thomas Glenn, IPR Case No. 2008-C-0317, appears under the allegation search term "Warrantless S and/or S –dwelling."

    5.    I created the Open and Closed Cases Document referenced above in paragraph 3 by using an existing automated program that linked findings to allegations.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

    DATED: January __9__, 2012.


                                          */s/ Derek Reinke*
                                          DEREK REINKE

Dated: January 9, 2012

Page 2 – DECLARATION OF DEREK REINKE (IN SUPPORT OF DEFENDANT'S RESPONSE TO MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT