Michael L. Rosenbaum, OSB No. 760267
E-mail: mikelaw100@yahoo.com
Travis J. Mayor, OSB No. 053210
E-mail: tjm@rosenbaumlitigation.com
Law Offices of Michael L. Rosenbaum
1826 NE Broadway
Portland, OR 97232
Telephone No.: (503) 288-8000
Fax No.: (503) 288-8046

Of Attorneys for Plaintiffs Thomas Glenn and Patsy McKinney

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| THOMAS GLENN; and PATSY McKINNEY,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF PORTLAND, a Public body,<br><br>　　　　　　　　　Defendant. | Case No.: 11-CV-00402-KI<br><br>AFFIDAVIT OF TRAVIS J. MAYOR IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN RESPONSE TO DEFENDANT CITY OF PORTLAND'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

STATE OF OREGON      )
                     ) ss.
County of Multnomah  )

　　　1.　　I, Travis J. Mayor, being first duly sworn, depose and say that I am one of the attorneys for plaintiffs Thomas Glenn and Patsy McKinney. I make this Affidavit based upon personal knowledge.

　　　2.　　Attached to this affidavit as Plfs' Exhibit 1 is a true and correct copy of Defendant's Answer and Affirmative Defenses to Plaintiffs' Third Amended Complaint.

3. Attached to this affidavit as Plfs' Exhibit 2 is a true and correct copy of a document produced to me during discovery by defendant's attorney, which purports to contain the Portland Police Bureau's Emergency Entries (631.60) policy that was in effect on August 12, 2008. This document is bates numbered: Glenn_100063 – Glenn_100064.

4 Attached to this affidavit as Plfs' Exhibit 3 are true and correct copies of excerpts from the deposition of PPB Officer Douglas Matthews taken on August 24, 2011 by Travis Mayor, attorney for plaintiffs.

5. Attached to this affidavit as Plfs' Exhibit 4 are true and correct copies of excerpts from the deposition of PPB Officer Freddie Jackson taken on September 27, 2011 by Travis Mayor, attorney for plaintiffs.

6. Attached to this affidavit as Plfs' Exhibit 5 are true and correct copies of excerpts from the deposition of PPB Sergeant Scott Montgomery taken on August 24, 2011 by Travis Mayor, attorney for plaintiffs.

7. Attached to this affidavit as Plfs' Exhibit 6 are true and correct copies of excerpts from the deposition of PPB Officer Steve Staul taken on August 24, 2011 by Travis Mayor, attorney for plaintiffs.

8. Attached to this affidavit as Plfs' Exhibit 7 are true and correct copies of excerpts from the deposition of PPB Officer Kelly VanBlokland taken on August 24, 2011 by Travis Mayor, attorney for plaintiffs.

///

///

///

///

AFFIDAVIT OF TRAVIS J. MAYOR IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN RESPONSE TO DEFENDANT CITY OF PORTLAND'S MOTION FOR PARTIAL SUMMARY JUDGMENT

2

9. Attached to this affidavit as Plfs' Exhibit 8 are true and correct copies of excerpts from the deposition of PPB Sergeant Anthony Passadore taken on August 24, 2011 by Travis Mayor, attorney for plaintiffs.

10. Attached to this affidavit as Plfs' Exhibit 9 is a true and correct copy of relevant excerpts from Magistrate Judge Papak's Findings and Recommendations from the case *Sherrie Carlson Sandau v. John A. Wood, Christopher Cass, and City of Portland,* Case No. CV07632MO, Document No. 115, pp. 1, 30-33, 35-36, signed September 1, 2009.

_____
Travis J. Mayor

SUBSCRIBED AND SWORN TO before me this __16__ day of January, 2012.

_____
NOTARY PUBLIC FOR OREGON
My Commission Expires: _____



OFFICIAL SEAL
KRISTEN ELLIS
NOTARY PUBLIC-OREGON
COMMISSION NO. 427869
MY COMMISSION EXPIRES APRIL 29, 2012

AFFIDAVIT OF TRAVIS J. MAYOR IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN RESPONSE TO DEFENDANT CITY OF PORTLAND'S MOTION FOR PARTIAL SUMMARY JUDGMENT

## CERTIFICATE OF SERVICE

I hereby certify that I served, on the date set forth below, the foregoing AFFIDAVIT OF TRAVIS J. MAYOR IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT CITY OF PORTLAND'S MOTION FOR PARTIAL SUMMARY JUDGMENT with attached exhibits via the following method on:

William Manlove III
City Attorney's Office
1221 SW 4th Ave., Suite 430
Portland, OR 97204
William.Manlove@portlandoregon.gov

By electronic service via CM/ECF.

DATED this 16th day of January, 2012.

/s/ Travis J. Mayor
Travis J. Mayor
