IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**THOMAS GLENN and PATSY McKINNEY,**

        Plaintiffs,

        v.

**CITY OF PORTLAND, a public body,**

        Defendant.

No. 3:11-cv-00402-MO

JUDGMENT

**MOSMAN, J.**,

    Pursuant to the stipulation of the parties regarding the partial verdict,

    IT IS ORDERED AND ADJUDGED that JUDGMENT is for defendant. Pending motions, if any, are DENIED AS MOOT.

    DATED this __13th__ day of March, 2013.

                                      /s/ Michael W. Mosman
                                      MICHAEL W. MOSMAN
                                      United States District Judge

1 – JUDGMENT