Michael L. Rosenbaum, OSB No. 760267
E-mail: mlr@rosenbaumlitigation.com
Travis J. Mayor, OSB No. 053210
E-mail: tjm@rosenbaumlitigation.com
Law Offices of Michael L. Rosenbaum
1826 NE Broadway
Portland, OR 97232
Telephone No.: (503) 288-8000
Fax No.: (503) 288-8046

　　　　Of Attorneys for Plaintiffs Thomas Glenn and Patsy McKinney

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| THOMAS GLENN; and PATSY McKINNEY,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF PORTLAND, a Public body,<br><br>　　　　　　　　Defendant. | Case No.: 3:11-CV-00402-MO<br><br>PLAINTIFFS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b) AND ALTERNATIVE MOTION FOR NEW TRIAL PURSUANT TO FED. R. CIV. P. 59 |

　　Pursuant to Fed. R. Civ. P. 50(b), plaintiffs Thomas Glenn and Patsy McKinney renew their Motion for Judgment as a Matter of Law regarding liability on their Fourth Amendment and trespass claims and on the issues of medical causation and past medical expenses for plaintiff Glenn.  In the alternative, plaintiffs move for a new trial pursuant to Fed. R. Civ. P. 59.

This motion is supported by the attached Memorandum of Law.

Dated this 18th day of March, 2013.

        LAW OFFICES OF MICHAEL L. ROSENBAUM

By:   /s/ Travis J. Mayor
      Michael L. Rosenbaum, OSB No. 760267
      Travis J. Mayor, OSB No. 053210
      Ph: (503) 288-8000
      Fx: (503) 288-8046
       Of Attorneys for plaintiffs Thomas Glenn
      and Patsy McKinney

## CERTIFICATE OF SERVICE

I hereby certify that I served, on the date set forth below, the foregoing PLAINTIFFS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b) AND ALTERNATIVE MOTION FOR NEW TRIAL PURSUANT TO FED. R. CIV. P. 59 via the following method on:

William Manlove III
City Attorney's Office
1221 SW 4th Ave., Suite 430
Portland, OR 97204
William.Manlove@portlandoregon.gov

By electronic service via CM/ECF.

DATED this 18th day of March, 2013.

                                          */s/ Travis J. Mayor*
                                          Travis J. Mayor