Zachary Spier OSB #124609
405 NW 18th Avenue
Portland, OR 97209
Phone: (503) 305-3730
Fax: (503) 616-7180
Email: zachary@spier-law.com
Attorney for the Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| THOMAS GLENN and PATSY McKINNEY,<br>Plaintiffs,<br><br>v.<br><br>CITY OF PORTLAND, a public body,<br>DEFENDANT | Case No.: 3:11-cv-00402-MO<br><br>PLAINTIFFS' NOTICE OF APPEAL |

Notice is hereby given that Thomas Glenn and Patsy McKinney, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth circuit from the final judgment entered in this action on July 23, 2013.

////

////

////

PLAINTIFFS' NOTICE OF APPEAL – Page 1 of 2

This Notice is being filed contemporaneously with Plantiffs' Representation Statement, Plaintiffs' Motion for Permission to Appeal In Forma Pauperis, and related documents.

DATED: August 20, 2013.

s/ Zachary Spier
Zachary Spier, Attorney for Plaintiff
405 NW 18th Avenue
Portland, OR 97209
(503) 305-3730